984

No. 1354, Misc.   Foster v. Indiana et al.   C. A. 7th Cir.   Certiorari denied.

No. 1395, Misc.   In re Henig et al.   C. A. 3d Cir. Certiorari denied.

No. 1322, Misc.   Johnson et al. v. Yeager, Prison Keeper.   C. A. 3d Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted. *Curtis R. Reitz, Stanford Shmukler* and *M. Gene Haeberle* for petitioners. *Norman Heine* for respondent.

No. 1238, Misc.   Levy v. Macy et al., Commissioners, U. S. Civil Service Commission.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit and for other relief denied. Petitioner *pro se. Solicitor General Cox* for respondents.

No. 292.   Missouri Pacific Railroad Co. v. Elmore & Stahl, *ante,* p. 134;

No. 386.   Federal Power Commission v. Texaco Inc. et al., *ante,* p. 33;

No. 387.   Pan American Petroleum Corp. v. Federal Power Commission, *ante,* p. 922;

No. 969.   Bryant et al. v. Moore et al., *ante,* p. 933;

No. 977.   Pennsylvania Public Utility Commission v. Jones Motor Co., Inc., *ante,* p. 217;

No. 850, Misc.   Cunningham v. United States, 376 U. S. 924;

No. 1082, Misc.   Hersh v. Securities and Exchange Commission, *ante,* p. 937; and

No. 1189, Misc.   Tansimore v. United States, *ante,* p. 942.   Petitions for rehearing denied.